# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA C. GOPEZ, | ) No. EDCV 13-1054-AS |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 28, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

1